**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKY LEE SCOTT                                                                                              PETITIONER

vs.                            Case No. 4:14CV00758 SWW-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction[1]                                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that Petitioner's second petition for habeas corpus pursuant to 28 U.S.C. § 2254 be and it is hereby dismissed.

IT IS SO ORDERED this 10th day of February, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25, Wendy Kelley is substituted as the Respondent.