IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY LEE SCOTT                                                                           PETITIONER
ADC # 112513

vs.                          Case No. 4:14CV00758-SWW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations [doc.#18] from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the relevant record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Petitioner Ricky Lee Scott's motion [doc.#15] for relief from Judgment and Memorandum and Order is denied.

IT IS SO ORDERED this 8th day of April 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE